BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00046 GEB |
| Plaintiff, | |
| v. | MOTION TO DISMISS INDICTMENT |
| STEVEN MUNOZ, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against defendant Steven Munoz in 2:11-00046 GEB.

On March 29, 2011, Pretrial Services Officer Taifa Gaskins informed me that the defendant had passed away. On April 5,

///
///
///
///
///

1

2011, the United States obtained a copy of a Solano County Sheriff-Coroner's "Statement of Fact."  This document confirmed that the defendant died on March 29, 2011.

Date: April 5, 2011                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                        United States Attorney

By: _____
    KYLE REARDON
    Assistant U.S. Attorney

    Attorneys for the Plaintiff
    UNITED STATES OF AMERICA

**O R D E R**

APPROVED AND SO ORDERED:

Dated:  April 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge